UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| SHERONDA L. PARKER,<br><br>               Plaintiff,<br><br>      v.<br><br>ANDREW SAUL,<br>Commissioner of the Social Security<br>Administration,<br><br>               Defendant. | Civil Action No. 5:19-cv-03337-KDW |

**<u>ORDER</u>**

This matter is before the court on the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), advising of their agreement to stipulate to an award of $8,300.00 in attorney fees and $400 in costs to Plaintiff. ECF No. 27. Plaintiff has also provided a Petition for Attorney's Fees, ECF No. 26, in which counsel provided itemization of the fees sought.[1] The court finds the stipulated amount of fees to be reasonable and in accordance with applicable law. Pursuant to the parties' stipulation, Plaintiff's Petition for Attorney's Fees Pursuant to EAJA, ECF No. 26, is granted to the extent it comports with this Order and the parties' Stipulation.

The parties have stipulated that Plaintiff should be awarded attorney fees under the EAJA in the amount of eight thousand and three hundred dollars and 00/00 cents ($8,300.00) in attorney fees, and four hundred dollars and 00/00 cent ($400.00) in costs.[2] These attorney fees will be paid

---

[1] In Plaintiff's Petition for Fees, counsel indicated 45.3 hours were spent representing Plaintiff before the court. ECF No. 26.

[2] Costs are paid from the Judgment Fund by the Department of the Treasury pursuant to 31 U.S.C. § 1304. *See* 28 U.S.C. § 2412(c)(1).

directly to Plaintiff and sent to the business address of Plaintiff's counsel, Robertson H. Wendt, Jr., Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

An award of $8,300.00 in attorney fees and $400.00 in costs pursuant to the EAJA is granted in accordance with this Order.

IT IS SO ORDERED.

May 12, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge